ORIGINAL



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| SENAD DJEDOVIC, | ) |
| Plaintiff, | ) |
| v. | ) CV 314-024 |
| CORRECTIONAL CORPORATION OF AMERICA, CCA McRae, | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this 2nd day of June, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE